# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICO ISAIH HAIRSTON,**

      **Petitioner,**

   v.                                  **CASE NO. 2:16-CV-768**
                                           **JUDGE GEORGE C. SMITH**
                                           **MAGISTRATE JUDGE KEMP**

**MARK HOOKS,**

      **Respondent.**

## OPINION AND ORDER

On November 10, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. (ECF No. 7).  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 7) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

      **IT IS SO ORDERED**.

                                        *s/ George C. Smith*
                                        **GEORGE C. SMITH, JUDGE**
                                        **UNITED STATES DISTRICT COURT**